UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEAL WINNIE and
SARI ABROMOVICH,
    Plaintiffs,

Case No. 2:15-cv-11994

Hon. Victoria A. Roberts

v

CARRINGTON MORTGAGE
SERVICES, LLC
    Defendant.
_____

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court pursuant to the stipulation of the parties as evidenced by the signature of their counsel below; and the Court being otherwise fully advised.

**IT IS ORDERED** that the Complaint filed by NEAL WINNIE and SARI ABROMOVICH against CARRINGTON MORTGAGE SERVICES, LLC is dismissed WITH PREJUDICE.

SO ORDERED.

Dated: December 10, 2015    S/Victoria A. Roberts
                                            United States District Judge

STIPULATED TO BY:

/s/ Angela K. Howell                /s/ Thomas G. Costello
ANGELA K. HOWELL (P70129)      THOMAS G. COSTELLO (P42973)
Attorney for Plaintiff                    Attorney for Defendant